# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVATORE CHIMENTI,                Petitioner, | : : : |
| v. | : : |
| FREDERICK K. FRANK, *et al.*,                Respondents. | : : : |

Civil No. 2:98-cv-06151-JMG

## ORDER

**AND NOW,** this 14th day of April, 2022, upon consideration of Petitioner's Motion for Relief (ECF No. 56), the Commonwealth of Pennsylvania's Response (ECF No. 66), and it appearing that the Motion is a successive petition for a writ of *habeas corpus* under 28 U.S.C. § 2254 of the Antiterrorism and Effective Death Penalty Act, it is hereby **ORDERED** that the Motion is **TRANSFERRED**, pursuant to 28 U.S.C. § 1631, to the Third Circuit Court of Appeals to determine whether the District Court may consider the successive petition.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge