IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SALVATORE CHIMENTI,<br>　　　　　　　Petitioner,<br><br>　　　v.<br><br>FREDERICK K. FRANK, *et al.*,<br>　　　　　　　Respondents. | :<br>:<br>:<br>:   Civil No. 2:98-cv-06151-JMG<br>:<br>:<br>: |

# ORDER

**AND NOW**, this 30th day of August, 2023, upon consideration of Petitioner Chimenti's "Application for a Certificate of Appealability and Consolidated Brief in Support" (COA Application) treated as a Rule 60(b) motion (ECF No. 88), Petitioner's Supplemental Brief on Timeliness (ECF No. 83), Respondents' Supplemental Brief on Timeliness (ECF No. 85), and Petitioner's Motion for Resolution (ECF No. 87), and for the reasons provided in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Petitioner's COA Application and request for relief under Rule 60(b) (ECF No. 88) is **DENIED**.

**IT IS FURTHER ORDERED** that Petitioner's Motion for Resolution (ECF No. 87) is **DENIED AS MOOT**.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　*/s/ John M. Gallagher*　　　　　
　　　　　　　　　　　　　　　　　　　　　　JOHN M. GALLAGHER
　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge